PROB. 35 (Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Docket # 8:03CR383

Sammy R. Alegria

On February 10, 2004, Sammy R. Alegria was sentenced to 51 months custody, to be followed by 3 years of supervised release. The period of supervised release commenced July 7, 2006. Mr. Alegria has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Sammy R. Alegria be discharged from supervision.

Respectfully submitted,

Kit Lemon, Supervising
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of July, 2008.

The Honorable Laurie Smith Camp
United States District Judge